IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| S.N., | : | |
| | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:21-CV-27-WLS-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY | : | |
| DETENTION CENTER, *et al.*, | : | |
| | : | |
|     Respondents. | : | |

_____

## ORDER

Petitioner filed an application for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1) on March 10, 2021. Respondents timely filed a Return (ECF No. 4) on March 15, 2021. They seek additional time to file a comprehensive response. Resp'ts' Return 2, ECF No. 4. Respondents' request for additional time is granted. They have thirty (30) days from today to file a comprehensive response to the above captioned habeas application. Within fifteen (15) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

SO ORDERED, this 16th day of March, 2021.

                                                  /s/ Stephen Hyles
                                                UNITED STATES MAGISTRATE JUDGE