IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SON NGUYEN, | : |
| Petitioner, | : Case No. 7:21-CV-27-WLS-MSH |
| v. | : 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY DETENTION CENTER, *et al.*, | : |
| Respondents. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Petitioner and Respondents stipulate to voluntary dismissal without prejudice of the above-styled civil action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 21st day of March, 2021.

By: PETER D. LEARY
ACTING UNITED STATES ATTORNEY

SO ORDERED this 22nd day of March, 2021.

W. Louis Sands, SR. Judge
United States District Court

*Attorneys for Respondents*

s/ *Amelia G. Helmick*
Amelia G. Helmick (Ga Bar No. 142673)
Assistant United States Attorney
United States Attorney's Office
Middle District of Georgia
P. O. Box 2568
Columbus, GA 31902
Tel: (706) 649-7731
amy.helmick@usdoj.gov

/s/ Hillary Li
Hillary Li (Ga Bar No. 898375)
Phi Nguyen (Ga Bar No. 578019)
Asian Americans Advancing Justice-Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Tel: (404) 585-8446
hli@advancingjustice-atlanta.org
pnguyen@advancingjustice-atlanta.org

*Attorneys for Petitioner*