IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SON NGUYEN, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-27(WLS) |
| | * |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 22, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of March, 2021.

                                                David W. Bunt, Clerk

                                                s/ S. B. DeCesare, Deputy Clerk